From: Kevin Lamb

To: Experian
Experian
P.O. Box 2104
Allen TX 75013

Experian:

I am in receipt of my Experian credit report, pulled on April 21, 2008. In reviewing this report, I have noticed a number of errors on my Experian credit report. Because these errors have caused me substantial financial damages, and you are in violation of my rights under the Fair Credit Reporting Act, I request that you delete the following accounts from my credit file due to the errors indicated below.

LVNV Funding #█████████████

- This is an unknown account; I have never established an account with LVNV Funding
- It is reported as an "Open" account, which is false. Please delete for inaccurate information
- This is NOT a data factoring company account, delete for inaccurate information.
- There is no past due amount on this account

Please make the required revisions to my credit report. Additionally, provide me with valid documentation in regards to the modifications made to my credit report.

Thank You

Kevin Lamb